UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:21-cv-00489-SPC-NPM

SHAWN DAVID,

    Plaintiff,

v.

GATEWAY ONE LENDING & FINANCE, LLC,
PENTAGON FEDERAL CREDIT UNION,
ALLIANT CREDIT UNION, BANK OF AMERICA
CORPORATION, DISCOVERY BANK, NAVY
FEDERAL CREDIT UNION, TRANSUNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO NAVY FEDERAL CREDIT UNION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SHAWN DAVID, and Defendant, NAVY FEDERAL CREDIT UNION, through their respective undersigned counsel that the above-captioned action is dismissed *with prejudice* as to Navy Federal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

    Dated: November 17, 2021

<div style="display: flex;">
<div>

Respectfully submitted,

*/s/ Marwan R. Daher (with express consent)*
Alejandro E. Figueroa, Esq.
Florida Bar No. 1021163
Marwan R. Daher, Esq.
*Admitted Pro Hac Vice*
**SULAIMAN LAW GROUP, LTD**
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Primary Email:
alejandrof@sulaimanlaw.com

*Attorney for Plaintiff*
*SHAWN DAVID*

</div>
<div>

Respectfully submitted,

*/s/ Kimberly A. Lopez*
Kimberly A. Lopez, Esq., Trial Counsel
Florida Bar No. 059215
**AKERMAN LLP**
420 S. Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
Primary Email:
kimberly.lopez@akerman.com

*Attorney for Defendant*
*NAVY FEDERAL CREDIT UNION*

</div>
</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 17, 2021, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will send an electronic notice to all counsel of record.

*/s/ Kimberly A. Lopez*
Kimberly A. Lopez, Esq.